IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCHNEIDER on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPACE SYSTEMS/LORAL, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | No. C 11-2489<br><br>**ORDER DENYING DEFENDANT SPACE SYSTEMS/LORAL'S MOTION FOR ADMINISTRATIVE RELIEF TO TRANSFER CASE TO SAN JOSE DIVISION** |

　　　Before the Court is defendant Space Systems/Loral, Inc.'s Motion for Administrative Relief to Transfer Case to San Jose Division ("Motion"), filed October 4, 2011.  No opposition has been filed.  Having reviewed the Motion, the Court rules as follows.

　　　On September 6, 2011, the Executive Committee of the Northern District of California exercised its authority under General Order 44 to modify the court's assignment plan.  See Order of the Executive Committee, In the Matter of Civil Case Assignments to the San Jose Division During the Pendency of a Judicial Vacancy (Sep. 6, 2011) available at http://www.cand.uscourts.gov/filelibrary/815/OrderoftheEC.pdf.  To prevent an inequitable allocation of civil cases among court divisions, the Executive Committee ordered that the pending civil cases assigned to District Judge Jeremy Fogel be randomly reassigned on a district-wide basis to other active and senior district judges.  See id.

1 | Pursuant to the special assignment procedure ordered by the Executive Committee, the
2 | above-titled case was properly reassigned to the undersigned.
3 |     Accordingly, Space Systems/Loral, Inc.'s Motion is hereby DENIED.
4 | **IT IS SO ORDERED.**

6 | Dated: October 14, 2011

*[signature]*
MAXINE M. CHESNEY
United States District Judge