Counsel of Record Listed on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCHNEIDER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SPACE SYSTEMS/LORAL, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  CV 11-02489 MMC<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT DATES |

1

1  Scott B. Cooper (State Bar No. 174520)
   **THE COOPER LAW FIRM, P.C.**
2  2030 Main Street, Suite 1300
   Irvine, California 92614
3  Telephone:      (949) 724-9200
4  Facsimile:      (949) 724-9255

5  Roger R. Carter (State Bar No. 140196)
   **THE CARTER LAW FIRM**
6  2030 Main Street, Suite 1300
   Irvine, California 92614
7  Telephone:      (949) 260-4737
8  Facsimile:      (949) 260-4754

9  Marc H. Phelps (State Bar No. 237036)
   **THE COOPER LAW FIRM, P.C.**
10 2030 Main Street, Suite 1300
   Irvine, California 92614
11 Telephone:      (949) 260-4735
12 Facsimile:      (949) 260-4754

13 Attorneys for Plaintiff

14

15 Lynne C. Hermle (State Bar No. 99779)
   Michael A. Aparicio (State Bar No. 206300)
16 **ORRICK, HERRINGTON & SUTCLIFFE, LLP**
   1000 Marsh Road
17 Menlo Park, CA 94025
   Telephone: (650) 614-7473
18 Facsimile: (650) 614-7401

19 Attorneys for Defendant
   SPACE SYSTEMS/LORAL, INC.
20

[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT DATES

1   Pursuant to the Stipulation submitted by the Parties, and for good cause shown, the Court
2   HEREBY ORDERS as follows:

- The mediation completion deadline is continued from January 6, 2012, to February 3, 2012;

- The Case Management Conference is continued from December 2, 2011, to February 10, 2012, at ~~9:30~~ 10:30 a.m. in Courtroom 7; and

- The Parties' Case Management Statement shall be filed no later than February 3, 2012.

Dated: November 21, 2011

Hon. Maxine M. Chesney
Judge of the United States District Court

[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT DATES