LYNNE C. HERMLE (STATE BAR NO. 99779)
MICHAEL A. APARICIO (STATE BAR NO. 206300)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:   650-614-7400
Facsimile:    650-614-7401
lchermle@orrick.com
maparicio@orrick.com

Attorneys for Defendant
SPACE SYSTEMS/LORAL, INC.


MARC H. PHELPS (STATE BAR NO. 237036)
THE PHELPS LAW GROUP
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone:  (949) 260-4735
Facsimile:   (949) 260-4754
marc@phelpslawgroup.com

[Additional Counsel Listed on Next Page]

Attorneys for Plaintiff
JEREMY SCHNEIDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEREMY SCHNEIDER on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>       v.<br><br>SPACE SYSTEMS/LORAL, INC., a Delaware Corporation,<br><br>                    Defendant. | Case No.  5-11-CV-02489 MMC<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT |

1 | ROGER R. CARTER (STATE BAR NO. 140196)
2 | THE CARTER LAW FIRM
  | 2030 Main Street, Suite 1300
3 | Irvine, California 92614
  | Telephone: (949) 260-4737
4 | Facsimile: (949) 260-4754
  | rcarter@carterlawfirm.net

5 | SCOTT B. COOPER (STATE BAR NO. 174520)
  | THE COOPER LAW FIRM, P.C.
6 | 2030 Main Street, Suite 1300
  | Irvine, CA 92614
7 | Telephone: (949) 724-9200
  | Facsimile: (949) 724-9255
8 | scott@cooper-firm.com

9 | Attorneys for Plaintiff
  | JEREMY SCHNEIDER

**ORDER**

Pursuant to the Stipulation submitted by the Parties, and for good cause shown, the Court HEREBY ORDERS as follows with respect to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to F.R.C.P. 12(b)(6), or in the Alternative, for a More Definite Statement Pursuant to F.R.C.P. 12(e), and Motion to Strike Pursuant To F.R.C.P. 12(f) ("Motion") and the CMC currently scheduled for February 10, 2012:

1. Plaintiffs Opposition to the Motion shall be filed and served no later than January 27, 2012;
2. Defendant's Reply shall be filed and served no later than February 3, 2012;
3. The hearing on the Motion shall be held on February 17, 2012, at 9:00 a.m. in Courtroom 7; and
4. The CMC shall be continued to ~~February 17, 2012~~ March 16, 2012, at 10:30 a.m. in Courtroom 7.

Dated: November 29, 2011

_____
Hon. Maxine M. Chesney
Judge of the United States District Court