1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   MICHAEL A. APARICIO (STATE BAR NO. 206300)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, California 94025
   Telephone:  650-614-7400
4  Facsimile:   650-614-7401
   lchermle@orrick.com
5  maparicio@orrick.com

6  Attorneys for Defendant
   SPACE SYSTEMS/LORAL, INC.
7

8  MARC H. PHELPS (STATE BAR NO. 237036)
   THE PHELPS LAW GROUP
9  2030 Main Street, Suite 1300
   Irvine, CA 92614
10 Telephone: (949) 260-4735
   Facsimile:  (949) 260-4754
11 marc@phelpslawgroup.com

12 [Additional Counsel Listed on Next Page]

13 Attorneys for Plaintiff
   JEREMY SCHNEIDER
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

19 JEREMY SCHNEIDER on behalf of himself      Case No. 5-11-CV-02489 MMC
   and all others similarly situated,
20                                            [~~PROPOSED~~] ORDER CONTINUING
                   Plaintiff,                 CASE MANAGEMENT
21        v.                                  CONFERENCE AND HEARING AND
                                              BRIEFING SCHEDULE ON
22 SPACE SYSTEMS/LORAL, INC., a Delaware      DEFENDANTS' MOTION TO
   Corporation,                               DISMISS PLAINTIFF'S SECOND
23                                            AMENDED COMPLAINT
                   Defendant.
24

25

26

27

28

1  ROGER R. CARTER (STATE BAR NO. 140196)
   THE CARTER LAW FIRM
2  2030 Main Street, Suite 1300
   Irvine, California  92614
3  Telephone:   (949) 260-4737
   Facsimile:    (949) 260-4754
4  rcarter@carterlawfirm.net

5  SCOTT B. COOPER (STATE BAR NO. 174520)
   THE COOPER LAW FIRM, P.C.
6  2030 Main Street, Suite 1300
   Irvine, CA  92614
7  Telephone:  (949) 724-9200
   Facsimile:   (949) 724-9255
8  scott@cooper-firm.com

9  Attorneys for Plaintiff
   JEREMY SCHNEIDER
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the Stipulation submitted by the Parties, and for good cause shown, the Court HEREBY ORDERS as follows with respect to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to F.R.C.P. 12(b)(6), or in the Alternative, for a More Definite Statement Pursuant to F.R.C.P. 12(e), and Motion to Strike Pursuant To F.R.C.P. 12(f) ("Motion") and the CMC currently scheduled for February 10, 2012:

1. Plaintiffs Opposition to the Motion shall be filed and served no later than January 27, 2012;
2. Defendant's Reply shall be filed and served no later than February 3, 2012;
3. The hearing on the Motion shall be held on February 17, 2012, at 9:00 a.m. in Courtroom 7; and
4. The CMC shall be continued to ~~February 17, 2012~~ March 16, 2012, at 10:30 a.m. in Courtroom 7.

Dated: November 29, 2011

_____
Hon. Maxine M. Chesney
Judge of the United States District Court