**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCHNEIDER, | No. C 11-2489 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SPACE SYSTEMS/LORAL, INC., | |
| Defendant. | |
| _____/ | |

In light of the pending Motion to Dismiss, the Case Management Conference currently scheduled for May 25, 2012 is hereby CONTINUED to June 29, 2012.

**IT IS SO ORDERED.**

Dated: May 17, 2012

MAXINE M. CHESNEY
United States District Judge