IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCHNEIDER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SPACE SYSTEMS/LORAL, INC.,<br><br>　　　　Defendant.　　　　　　　／ | No. C 11-2489 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending Motion to Dismiss, the Case Management Conference currently scheduled for May 25, 2012 is hereby CONTINUED to June 29, 2012.

**IT IS SO ORDERED.**

Dated: May 17, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge