IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCHNEIDER, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SPACE SYSTEMS/LORAL, INC., a Delaware corporation,<br><br>　　　　Defendant.<br>_____/ | No. C-11-2489 MMC<br><br>**ORDER VACATING MAY 25, 2012 HEARING ON DEFENDANT'S MOTION TO DISMISS** |

　　　Before the Court is defendant Space Systems/Loral, Inc.'s ("SSL") motion to dismiss plaintiff Jeremy Schneider's ("Schneider") Third Amended Complaint ("TAC"). Schneider has filed opposition, to which SSL has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for May 25, 2012.

　　　**IT IS SO ORDERED.**

Dated: May 22, 2012

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge