[Counsel of Record Listed on Next Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCHNEIDER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SPACE SYSTEMS/LORAL, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 11-02489 MMC<br><br>[~~PROPOSED~~] ORDER REGARDING STIPULATION TO EXTEND CLASS CERTIFICATION FILING DEADLINE |

1  Roger R. Carter (State Bar No. 140196)
   **THE CARTER LAW FIRM**
2  2030 Main Street, Suite 1300
   Irvine, California 92614
3  Telephone:     (949) 260-4737
4  Facsimile:     (949) 260-4754
   roger@carterlawfirm.net
5

6  Scott B. Cooper (State Bar No. 174520)
   **THE COOPER LAW FIRM, P.C.**
7  2030 Main Street, Suite 1300
   Irvine, California 92614
8  Telephone:     (949) 724-9200
   Facsimile:     (949) 724-9255
9  scott@cooper-firm.com

10 Marc H. Phelps (State Bar No. 237036)
   **THE PHELPS LAW GROUP**
11 2030 Main Street, Suite 1300
12 Irvine, California 92614
   Telephone:     (949) 260-4735
13 Facsimile:     (949) 260-4754
   marchannanphelps@gmail.com
14

15 Attorneys for Plaintiff JEREMY SCHNEIDER

16

17 Lynne C. Hermle (SBN 99779)
   Michael Aparicio (SBN 206300)
18 **ORRICK, HERRINGTON & SUTCLIFFE, LLP**
   1000 Marsh Road
19 Menlo Park, CA 94025
   Tel.: 650.614.7400
20 Fax: 650.614.7401
21 maparicio@orrick.com

22 Attorneys for Defendant SPACE SYSTEMS/LORAL, INC.

---

**[PROPOSED] ORDER REGARDING STIPULATION TO EXTEND CLASS CERTIFICATION FILING DEADLINE**

The Court has considered the Joint Stipulation to Extend Class Certification Filing Date, filed by Plaintiff Jeremy Schneider and Defendant Space Systems Loral, Inc., and entered into on February 21, 2013.

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that the following briefing schedule shall apply to Plaintiff's motion for class certification:

1. March 18, 2013: Deadline for Plaintiff to file a Motion for Class Certification.
2. April 15, 2013: Deadline for Defendant to file opposition.
3. April 29, 2013: Deadline for Plaintiff to file reply.
4. May 17, 2013: Hearing at 9:00 a.m.

Dated: February 22, 2013

HON. MAXINE M. CHESNEY