[Counsel of Record Listed on Next Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCHNEIDER, on behalf of himself and all others similarly situated,<br><br>                       Plaintiff,<br><br>v.<br><br>SPACE SYSTEMS/LORAL, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No.  CV 11-02489 MMC<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO EXTEND CLASS CERTIFICATION FILING DEADLINE** |

1   Roger R. Carter (State Bar No. 140196)
    **THE CARTER LAW FIRM**
2   2030 Main Street, Suite 1300
    Irvine, California 92614
3   Telephone:     (949) 260-4737
    Facsimile:      (949) 260-4754
4   roger@carterlawfirm.net
5
    Scott B. Cooper (State Bar No. 174520)
6   **THE COOPER LAW FIRM, P.C.**
    2030 Main Street, Suite 1300
7   Irvine, California 92614
    Telephone:     (949) 724-9200
8   Facsimile:      (949) 724-9255
    scott@cooper-firm.com
9
10  Marc H. Phelps (State Bar No. 237036)
    **THE PHELPS LAW GROUP**
11  2030 Main Street, Suite 1300
    Irvine, California 92614
12  Telephone:     (949) 260-4735
    Facsimile:      (949) 260-4754
13  marchannanphelps@gmail.com
14
15  Attorneys for Plaintiff JEREMY SCHNEIDER
16
17  Lynne C. Hermle (SBN 99779)
    Michael Aparicio (SBN 206300)
18  **ORRICK, HERRINGTON & SUTCLIFFE, LLP**
    1000 Marsh Road
19  Menlo Park, CA 94025
    Tel.: 650.614.7400
20  Fax: 650.614.7401
    maparicio@orrick.com
21
22  Attorneys for Defendant SPACE SYSTEMS/LORAL, INC.
23
24
25
26
27
28

---

**[PROPOSED] ORDER REGARDING STIPULATION TO EXTEND CLASS CERTIFICATION FILING
DEADLINE**

1    The Court has considered the Joint Stipulation to Extend Class Certification Filing Date,

2    filed by Plaintiff Jeremy Schneider and Defendant Space Systems Loral, Inc., and entered into on

3    February 21, 2013.

4        GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that the following briefing

5    schedule shall apply to Plaintiff's motion for class certification:

6        1.    March 18, 2013:  Deadline for Plaintiff to file a Motion for Class Certification.

7        2.    April 15, 2013:  Deadline for Defendant to file opposition.

8        3.    April 29, 2013:  Deadline for Plaintiff to file reply.

9        4.    May 17, 2013:  Hearing at 9:00 a.m.

10

11   Dated: February 22, 2013    _____

12                               HON. MAXINE M. CHESNEY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE CLASS CERTIFICATION
FILING DEADLINE