| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | JESSICA R. PERRY (STATE BAR NO. 209321) |
| 2 | ALLISON RIECHERT GIESE (STATE BAR NO. 267533) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 1000 Marsh Road |
| | Menlo Park, California 94025 |
| 4 | Telephone: 650-614-7400 |
| | Facsimile: 650-614-7401 |
| 5 | lchermle@orrick.com |
| | jperry@orrick.com |

Attorneys for Defendant
SPACE SYSTEMS/LORAL, INC.

MARC H. PHELPS (STATE BAR NO. 237036)
THE PHELPS LAW GROUP
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: (949) 260-4735
Facsimile: (949) 260-4754
marc@phelpslawgroup.com

[Additional Counsel Listed on Next Page]

Attorneys for Plaintiff
JEREMY SCHNEIDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEREMY SCHNEIDER on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPACE SYSTEMS/LORAL, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. CV-11-02489-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FINAL APPROVAL HEARING** ; ORDER THEREON<br><br>Date Action Filed: May 20, 2011 |

1  **Additional Counsel For Plaintiff:**

2  ROGER R. CARTER (STATE BAR NO. 140196)
   THE CARTER LAW FIRM
3  2030 Main Street, Suite 1300
   Irvine, California  92614
4  Telephone:   (949) 260-4737
   Facsimile:    (949) 260-4754
5  rcarter@carterlawfirm.net

6

7  SCOTT B. COOPER (STATE BAR NO. 174520)
   THE COOPER LAW FIRM, P.C.
   2030 Main Street, Suite 1300
8  Irvine, CA  92614
   Telephone:  (949) 724-9200
9  Facsimile:   (949) 724-9255
   scott@cooper-firm.com
10
   Attorneys for Plaintiff
11 Jeremy Schneider

**STIPULATION**

WHEREAS, the Court preliminarily approved a class action settlement in the above-captioned case on May 17, 2013.

WHEREAS, the Court set the final approval hearing for September 13, 2013 at 9:00 a.m.

WHEREAS, the Settlement Administrator mailed the Notice and Claim Forms to Class Members on June 14, 2013.

WHEREAS, Defendant recently discovered additional Class Members who were not included on the class list provided to the Settlement Administrator following preliminary approval and therefore did not receive the class notice.

WHEREAS, the parties need additional time to investigate the situation, evaluate the potential effect of additional Class Members on the terms of the settlement, send out a new Notice, and provide time for the Class Members to respond to the notice.

NOW, THEREFORE, the Parties hereby agree and stipulate that the Final Approval Hearing be continued at least 90 days.

Dated: August 27, 2013

LYNNE C. HERMLE
JESSICA PERRY
ALLISON RIECHERT GIESE
Orrick, Herrington & Sutcliffe LLP

By: _____/s/Allison Riechert Giese_____
ALLISON RIECHERT GIESE
Attorneys for Defendant
SPACE SYSTEMS/LORAL, INC.

Dated: August 27, 2013

MARC H. PHELPS
The Phelps Law Group

By: _____/s/Marc H. Phelps_____
MARC H. PHELPS
Attorneys for Plaintiff
JEREMY SCHNEIDER

**ORDER**

The Court has considered the Stipulation to Continue the Final Approval Hearing, filed by Plaintiff Jeremy Schneider and Defendant Space Systems Loral, Inc., and entered into on August 27, 2013.

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that:

(1) The Final Approval Hearing shall be continued to December 13, 2013, at 9:00 a.m.

(2) The Motion for Final Approval shall be due no later than 14 days before the Final Approval Hearing.

(3) Further, the court-approved notice sent to any newly discovered class members shall be mailed no later than September 27, 2013 and shall provide those class members no less time to submit a claim form and/or object, or to opt out, than was provided to the earlier-identified class members.

Dated: August 29, 2013

HON. MAXINE M. CHESNEY