| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | JESSICA R. PERRY (STATE BAR NO. 209321) |
| 2 | ALLISON RIECHERT GIESE (STATE BAR NO. 267533) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 1000 Marsh Road |
| | Menlo Park, California  94025 |
| 4 | Telephone:     650-614-7400 |
| | Facsimile:      650-614-7401 |
| 5 | lchermle@orrick.com |
| | jperry@orrick.com |
| 6 | agiese@orrick.com |
| 7 | Attorneys for Defendant |
| | SPACE SYSTEMS/LORAL, INC. |
| 8 | |
| 9 | MARC H. PHELPS (STATE BAR NO. 237036) |
| | THE PHELPS LAW GROUP |
| 10 | 2030 Main Street, Suite 1300 |
| | Irvine, CA  92614 |
| 11 | Telephone:  (949) 260-4735 |
| | Facsimile:  (949) 260-4754 |
| 12 | marc@phelpslawgroup.com |
| 13 | [Additional Counsel Listed on Next Page] |
| 14 | Attorneys for Plaintiff |
| | JEREMY SCHNEIDER |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | JEREMY SCHNEIDER on behalf of himself and all others similarly situated, | Case No. CV-11-02489-MMC |
| 21 | | **STIPULATION AND [PROPOSED]** |
| 22 | Plaintiff, | **ORDER TO CONTINUE FINAL APPROVAL HEARING AND** |
| 23 | v. | **DEADLINE TO SEND NOTICE** ; ORDER THEREON |
| 24 | SPACE SYSTEMS/LORAL, INC., a Delaware Corporation; and DOES 1 through 100, inclusive, | Date Action Filed: May 20, 2011 |
| 25 | | |
| 26 | Defendant. | |
| 27 | | |
| 28 | | |

OHSUSA:754624238.1                                    STIPULATION AND PROPOSED ORDER TO CONTINUE
                                                      FINAL APPROVAL HEARING AND DEADLINE TO SEND
                                                      NOTICE [(No. CV-11-02489 MMC)]

| | |
|---|---|
| 1 | **Additional Counsel For Plaintiff:** |
| 2 | ROGER R. CARTER (STATE BAR NO. 140196) |
| 3 | THE CARTER LAW FIRM<br>2030 Main Street, Suite 1300 |
| 4 | Irvine, California  92614<br>Telephone:   (949) 260-4737 |
| 5 | Facsimile:    (949) 260-4754<br>rcarter@carterlawfirm.net |
| 6 | |
| 7 | SCOTT B. COOPER (STATE BAR NO. 174520)<br>THE COOPER LAW FIRM, P.C. |
| 8 | 2030 Main Street, Suite 1300<br>Irvine, CA  92614 |
| 9 | Telephone:  (949) 724-9200<br>Facsimile:   (949) 724-9255 |
| 10 | scott@cooper-firm.com |
| 11 | Attorneys for Plaintiff<br>Jeremy Schneider |
| 12 | |
| ... | |
| 28 | |

OHSUSA:754624238.1                                          STIPULATION AND PROPOSED ORDER TO CONTINUE
                                                            FINAL APPROVAL HEARING AND DEADLINE TO SEND
                                                                          NOTICE [(No. CV-11-02489 MMC)]

|   |   |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, the Court preliminarily approved a class action settlement in the above- |
| 3 | captioned case on May 17, 2013. |
| 4 | WHEREAS, the Court set the final approval hearing for September 13, 2013 at 9:00 a.m. |
| 5 | WHEREAS, the Settlement Administrator mailed the Notice and Claim Forms to Class |
| 6 | Members on June 14, 2013. |
| 7 | WHEREAS, Defendant discovered additional Class Members who were not included on |
| 8 | the class list provided to the Settlement Administrator following preliminary approval and |
| 9 | therefore did not receive the class notice. |
| 10 | WHEREAS, on August 27, 2013 the parties' stipulated to continue the final approval |
| 11 | hearing subject to Court approval to give them time to investigate the situation, evaluate the |
| 12 | potential effect of additional Class Members on the terms of the settlement, send out a new |
| 13 | Notice, and provide time for the Class members to respond to the notice. |
| 14 | WHEREAS, on August 29, 2013 the Court continued the final approval hearing to |
| 15 | December 13, 2013 pursuant to the parties' stipulation and proposed order and ordered the parties |
| 16 | to send the Court-approved Notice to any newly discovered Class Members by September 27, |
| 17 | 2013. |
| 18 | WHEREAS, the parties need additional time to revise the Notice to Class Members and |
| 19 | seek Court-approval of the Notice. |
| 20 | NOW, THEREFORE, the Parties hereby agree and stipulate that the Final Approval |
| 21 | Hearing be continued to January 24, 2014. The parties will submit to the proposed revised |
| 22 | Notice for Court approval by October 4, 2013. The Parties further stipulate and agree that the |
| 23 | deadline to send the revised Notice to Class Members be continued to October 18, 2013. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | Dated: September 26, 2013 | LYNNE C. HERMLE |
| 2 | | JESSICA PERRY |
| | | ALLISON RIECHERT GIESE |
| 3 | | Orrick, Herrington & Sutcliffe LLP |

By: _____/s/Allison Riechert Giese_____
ALLISON RIECHERT GIESE
Attorneys for Defendant
SPACE SYSTEMS/LORAL, INC.

Dated: September 26, 2013            MARC H. PHELPS
The Phelps Law Group

By: _____/s/Marc H. Phelps_____
MARC H. PHELPS
Attorneys for Plaintiff
JEREMY SCHNEIDER

OHSUSA:754624238.1

2

STIPULATION AND PROPOSED ORDER TO CONTINUE
FINAL APPROVAL HEARING AND DEADLINE TO SEND
NOTICE [(No. CV-11-02489 MMC)]

## ORDER

The Court has considered the Stipulation to Continue the Final Approval Hearing and Deadline to Send Notice, filed by Plaintiff Jeremy Schneider and Defendant Space Systems Loral, Inc., and entered into on September 26, 2013.

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that:

(1) The final approval hearing shall be continued to January 24, 2014 at 9:00 a.m. before Hon. Maxine M. Chesney. Plaintiff shall file his motion for final approval no later than 14 days before the final approval hearing.

(2) The hearing on Plaintiff's amended motion for attorneys' fees and costs shall be continued to January 24, 2014 at 9:00 a.m. before Hon. Maxine M. Chesney.

(3) The deadline to send the revised Notice to Class Members shall be continued to October 18, 2013. The Settlement Administrator shall mail the reminder postcard to Class Members on November 18, 2013 and Class Members shall have until December 2, 2013 to submit a Claim Form or Exclusion Letter. If the Notice and Claim Form are re-mailed to a Class Member in accordance with the Settlement, the Class Member shall have until December 2, 2013, or 15 days after the re-mailing, whichever is later, to submit a Claim Form or Exclusion Letter.

(4) Plaintiff shall file his amended motion for attorneys' fees and costs and post it on the website by October 18, 2013.

(5) No later than October 4, 2013, the parties shall submit for court approval the proposed revised Notice.

Dated: September 27, 2013

HON. MAXINE M. CHESNEY