LYNNE C. HERMLE (STATE BAR NO. 99779)
JESSICA R. PERRY (STATE BAR NO. 209321)
ALLISON RIECHERT GIESE (STATE BAR NO. 267533)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401
lchermle@orrick.com
jperry@orrick.com
agiese@orrick.com

Attorneys for Defendant
SPACE SYSTEMS/LORAL, INC.

MARC H. PHELPS (STATE BAR NO. 237036)
THE PHELPS LAW GROUP
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: (949) 260-4735
Facsimile: (949) 260-4754
marc@phelpslawgroup.com

[Additional Counsel Listed on Next Page]

Attorneys for Plaintiff
JEREMY SCHNEIDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY SCHNEIDER on behalf of himself and all others similarly situated,

Plaintiff,

v.

SPACE SYSTEMS/LORAL, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,

Defendant.

Case No. CV-11-02489-MMC

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FINAL APPROVAL HEARING AND DEADLINE TO SEND NOTICE** ; ORDER THEREON

Date Action Filed: May 20, 2011

**Additional Counsel For Plaintiff:**

ROGER R. CARTER (STATE BAR NO. 140196)
THE CARTER LAW FIRM
2030 Main Street, Suite 1300
Irvine, California 92614
Telephone: (949) 260-4737
Facsimile: (949) 260-4754
rcarter@carterlawfirm.net

SCOTT B. COOPER (STATE BAR NO. 174520)
THE COOPER LAW FIRM, P.C.
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: (949) 724-9200
Facsimile: (949) 724-9255
scott@cooper-firm.com

Attorneys for Plaintiff
Jeremy Schneider

**STIPULATION**

WHEREAS, the Court preliminarily approved a class action settlement in the above-captioned case on May 17, 2013.

WHEREAS, the Court set the final approval hearing for September 13, 2013 at 9:00 a.m.

WHEREAS, the Settlement Administrator mailed the Notice and Claim Forms to Class Members on June 14, 2013.

WHEREAS, Defendant discovered additional Class Members who were not included on the class list provided to the Settlement Administrator following preliminary approval and therefore did not receive the class notice.

WHEREAS, on August 27, 2013 the parties' stipulated to continue the final approval hearing subject to Court approval to give them time to investigate the situation, evaluate the potential effect of additional Class Members on the terms of the settlement, send out a new Notice, and provide time for the Class members to respond to the notice.

WHEREAS, on August 29, 2013 the Court continued the final approval hearing to December 13, 2013 pursuant to the parties' stipulation and proposed order and ordered the parties to send the Court-approved Notice to any newly discovered Class Members by September 27, 2013.

WHEREAS, the parties need additional time to revise the Notice to Class Members and seek Court-approval of the Notice.

NOW, THEREFORE, the Parties hereby agree and stipulate that the Final Approval Hearing be continued to January 24, 2014. The parties will submit to the proposed revised Notice for Court approval by October 4, 2013. The Parties further stipulate and agree that the deadline to send the revised Notice to Class Members be continued to October 18, 2013.

Dated: September 26, 2013

LYNNE C. HERMLE
JESSICA PERRY
ALLISON RIECHERT GIESE
Orrick, Herrington & Sutcliffe LLP

By: /s/Allison Riechert Giese
ALLISON RIECHERT GIESE
Attorneys for Defendant
SPACE SYSTEMS/LORAL, INC.

Dated: September 26, 2013

MARC H. PHELPS
The Phelps Law Group

By: /s/Marc H. Phelps
MARC H. PHELPS
Attorneys for Plaintiff
JEREMY SCHNEIDER

**ORDER**

The Court has considered the Stipulation to Continue the Final Approval Hearing and Deadline to Send Notice, filed by Plaintiff Jeremy Schneider and Defendant Space Systems Loral, Inc., and entered into on September 26, 2013.

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that:

(1) The final approval hearing shall be continued to January 24, 2014 at 9:00 a.m. before Hon. Maxine M. Chesney. Plaintiff shall file his motion for final approval no later than 14 days before the final approval hearing.

(2) The hearing on Plaintiff's amended motion for attorneys' fees and costs shall be continued to January 24, 2014 at 9:00 a.m. before Hon. Maxine M. Chesney.

(3) The deadline to send the revised Notice to Class Members shall be continued to October 18, 2013. The Settlement Administrator shall mail the reminder postcard to Class Members on November 18, 2013 and Class Members shall have until December 2, 2013 to submit a Claim Form or Exclusion Letter. If the Notice and Claim Form are re-mailed to a Class Member in accordance with the Settlement, the Class Member shall have until December 2, 2013, or 15 days after the re-mailing, whichever is later, to submit a Claim Form or Exclusion Letter.

(4) Plaintiff shall file his amended motion for attorneys' fees and costs and post it on the website by October 18, 2013.

(5) No later than October 4, 2013, the parties shall submit for court approval the proposed revised Notice.

Dated: September 27, 2013

HON. MAXINE M. CHESNEY