LYNNE C. HERMLE (STATE BAR NO. 99779)
JESSICA R. PERRY (STATE BAR NO. 209321)
ALLISON RIECHERT GIESE (STATE BAR NO. 267533)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:     650-614-7400
Facsimile:      650-614-7401
lchermle@orrick.com
jperry@orrick.com
agiese@orrick.com

Attorneys for Defendant
SPACE SYSTEMS/LORAL, INC.

MARC H. PHELPS (STATE BAR NO. 237036)
THE PHELPS LAW GROUP
2030 Main Street, Suite 1300
Irvine, CA  92614
Telephone:  (949) 260-4735
Facsimile:  (949) 260-4754
marc@phelpslawgroup.com

[Additional Counsel Listed on Next Page]

Attorneys for Plaintiff
JEREMY SCHNEIDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SCHNEIDER on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPACE SYSTEMS/LORAL, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. CV-11-02489-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER APPROVING THE REVISED NOTICE OF CLASS ACTION SETTLEMENT, CLAIM FORM AND SUPPLEMENTAL NOTICE**; DIRECTIONS TO PARTIES |

**Additional Counsel For Plaintiff:**

ROGER R. CARTER (STATE BAR NO. 140196)
THE CARTER LAW FIRM
2030 Main Street, Suite 1300
Irvine, California  92614
Telephone:   (949) 260-4737
Facsimile:    (949) 260-4754
rcarter@carterlawfirm.net


SCOTT B. COOPER (STATE BAR NO. 174520)
THE COOPER LAW FIRM, P.C.
2030 Main Street, Suite 1300
Irvine, CA  92614
Telephone:  (949) 724-9200
Facsimile:   (949) 724-9255
scott@cooper-firm.com

Attorneys for Plaintiff
Jeremy Schneider

**STIPULATION**

WHEREAS, on September 27, 2013, pursuant to the parties' stipulation, the Court continued the Final Approval Hearing to January 24, 2013 and the deadline to send a revised Notice of Class Action Settlement to newly-discovery Class Members to October 18, 2013.

WHEREAS, the Court also ordered the parties to submit for Court approval the Revised Class Notice, Claim Form and Supplemental Notice by October 4, 2013.

WHEREAS, the parties agreed to the Revised Class Notice and Claim Form to be sent to newly discovered Class Members, attached hereto as Exhibit A.

WHEREAS, the parties agreed to the Supplemental Notice to be sent to Class Members who received the initial Notice packet, attached hereto as Exhibit B.

NOW, THEREFORE, the Parties hereby agree and stipulate that, subject to Court-approval, Exhibit A be sent to newly-discovered Class Members by October 18, 2013 and that Exhibit B be sent to Class Members who received the initial Notice packet by October 18, 2013. The Parties further agree to file an Addendum to the Stipulation of Settlement and Release by October 11, 2013 and to post the Addendum on the static website set up by the Administrator by October 18, 2013.

Dated: October 4, 2013

LYNNE C. HERMLE
JESSICA PERRY
ALLISON RIECHERT GIESE
Orrick, Herrington & Sutcliffe LLP


By: _____/s/Allison Riechert Giese_____
ALLISON RIECHERT GIESE
Attorneys for Defendant
SPACE SYSTEMS/LORAL, INC.

Dated: October 4, 2013            MARC H. PHELPS
                                  The Phelps Law Group


                                  By: _____/s/Marc H. Phelps_____
                                       MARC H. PHELPS
                                       Attorneys for Plaintiff
                                       JEREMY SCHNEIDER

## **ORDER**

The Court has considered the Stipulation regarding the Revised Class Notice and Claim Form and Supplemental Class Notice, filed by Plaintiff Jeremy Schneider and Defendant Space Systems/Loral, Inc., and entered into on October 4, 2013.

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that:

(1) The Court approves, as to form and content, the Revised Notice of Class Action Settlement and Claim Form to be sent to newly-discovery Class Members by October 18, 2013;

the parties, however, are DIRECTED to correct the date, from "July 29, 2013" to December 2, 2013," in the last sentence of the section titled "Excluding Yourself from the Settlement."

(2) The Court approves, as to form and content, the Supplemental Class Notice to be sent to Class Members who received the initial Notice packet by October 18, 2013.

(3) The Parties shall file an Addendum to the Stipulation of Settlement and Release by October 11, 2013 and post the Addendum on the static website set up by the Administrator by October 18, 2013.

Dated: October 8, 2013

HON. MAXINE M. CHESNEY

1

STIPULATION AND PROPOSED ORDER APPROVING REVISED NOTICE OF CLASS ACTION SETTLEMENT, CLAIM FORM AND SUPPLEMENTAL NOTICE [(No. CV-11-02489 MMC)]