1  Roger Carter (State Bar No. 140196)
   **THE CARTER LAW FIRM**
2  2030 Main Street, Suite 1300
   Irvine, California 92614
3  Telephone:   (949) 260-4737
   Facsimile:   (949) 260-4754
4
   Scott B. Cooper (State Bar No. 174520)
5  **THE COOPER LAW FIRM, P.C.**
   2030 Main Street, Suite 1300
6  Irvine, California 92614
   Telephone:   (949) 724-9200
7  Facsimile:   (949) 724-9255
8
   Marc H. Phelps (State Bar No. 237036)
9  **THE PHELPS LAW GROUP**
   2030 Main Street, Suite 1300
10 Irvine, CA  92614
   Telephone: (949) 260-4735
11 Facsimile: (949) 260-4754
   marc@phelpslawgroup.com
12
   Attorneys for Plaintiffs

13
14                     UNITED STATES DISTRICT COURT
15                     NORTHERN DISTRICT OF CALIFORNIA
16
17

| | |
|---|---|
| 18  JEREMY SCHNEIDER, on behalf of himself and all others similarly situated, | Case No. CV 11-02489 MMC |
| 19 | |
| 20              Plaintiff, | [Proposed] ~~REVISED~~ ORDER GRANTING MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVES ENHANCEMENT |
| 21  v. | |
| 22  SPACE SYSTEMS/LORAL, INC., a Delaware corporation, | |
| 23              Defendant. | Date:   January 24, 2014 |
| 24 | Time:   9:00 a.m. |
| 25 | Ctrm:   7 |

26
27
28

---

[PROPOSED] REVISED ORDER GRANTING AWARD OF ATTORNEYS'
FEES, LITIGATION COSTS, AND CLASS REPRESENTATIVE
ENHANCEMENT

1     Plaintiff's Motion for Award of Attorneys' Fees, Costs, and Class Representative
2 Enhancement came on for hearing before the Court on January 24, 2014, at 9:00 a.m. in
3 Courtroom 7 of the United States District Court, Northern Division before the Judge Maxine M.
4 Chesney.

5     Having considered the Motion and supporting papers filed by Plaintiff and the oral
6 arguments of counsel, IT IS HEREBY ORDERED as follows:

7     1.    The Cooper Law Firm, P.C., The Carter Law Firm, and The Phelps Law Group
8 (collectively referred to as "Class Counsel"), having conferred a benefit on absent Class Members
9 and having expended efforts to secure compensation to the Class, are entitled to a fee, and
10 accordingly, the Court approves the application by Class Counsel for attorneys' fees in the total
11 amount of $433,930.80. This amount is payable as set forth in the Settlement Agreement.

12     2.    The Court further approves Class Counsel's reasonable litigation costs in the
13 amount of $16,069.20, to be paid as set forth in the Settlement Agreement.

14     3.    The Court further approves a payment of $10,000 to the Class Representative –
15 Jeremy Schneider – for the initiation of this action, work performed, and risks undertaken in this
16 matter.

18 Dated: January 28, 2014

*[signature]*
The Honorable Maxine M. Chesney
Judge, U.S. District Court for the Northern
Division Of California